UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CR-08-411M |
| V. | : | Status Hrg: 8/21/08 |
| | : | |
| EDWINA BIGESBY | : | |
| | : | |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for defendant Edwina Bigesby, pursuant to LCrR 44.5(d), moves to withdraw as counsel in the above-captioned matter. In support of this motion, counsel states the following:

1. Edwina Bigesby is charged by complaint with one count of possession with intent to distribute a mixture and substance containing cocaine base. This charge arises from the execution of a search warrant at 1709 Trinidad Avenue, NE, Apartment 1, on June 27, 2008. Ms. Bigesby was arrested at the time of the search.

2. Counsel was retained to represent Ms. Bigesby shortly after her arrest.

3. Ms. Bigesby informed counsel that she no longer sought counsel's representation and had retained new counsel. She is currently in default on the terms of her retainer agreement with counsel and communication between counsel and Ms. Bigesby has otherwise completely broken down.

4. As the above-captioned matter is currently pending indictment, with no trial date set, counsel submits that his withdrawal would not unduly delay trial of the case or be unfairly prejudicial to any party.

WHEREFORE, for the foregoing reasons as well as any other grounds advanced at a hearing on this matter, undersigned counsel respectfully requests that this Court allow counsel to withdraw from this matter.

Respectfully submitted,

_____
DAVID BENOWITZ
Bar # 451557
*Counsel for Edwina Bigesby*
P.O. Box 96503 #57452
Washington, DC 20090-6503
(202) 271-5249
benowitz@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2008, a copy of the foregoing motion was sent by email to Patrick Costello, Assistant United States Attorney, 555 4th Street, NW, Washington, DC 20001 and delivered by hand to Edwina Bigesby's last known address at 1709 Trinidad Avenue, NE, Apartment 1, Washington, DC 20002

_____
DAVID BENOWITZ